IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00060-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REGINALD BROWN

        Defendant.

## JOINT MOTION FOR COMPETENCY HEARING

        Mr. Brown, through undersigned counsel, and counsel for the government, request a Motion for Competency be scheduled by this Court pursuant to 18 U.S.C. § 4241(a).

        On February 26, 2025, Mr. Brown was indicted with one count of Carjacking and four counts of Robbery Affecting Commerce, four counts of Brandishing a Firearm in Furtherance of a Crime of Violence and one count of Felon in Possession of a Firearm. The parties jointly declare doubt as to Mr. Brown's competency to proceed in this matter.

        Undersigned counsel, on behalf of Mr. Brown, submits the attached 5/17/25 Forensic Evaluation of Mr. Reginald Brown, submitted by Dr. Gregory Singleton. *Exhibit 1.* Dr. Singleton is a psychiatrist who has interviewed Mr. Brown and reviewed records and discovery in the case. Undersigned counsel provided Dr. Singleton's report to the government. Based on Dr. Singleton's evaluation, the parties do not request an examination pursuant to 18 U.S.C. § 4241(b) and stipulate to the admission of the evaluation completed by Dr. Singleton for the Court's consideration at a competency hearing.

Respectfully Submitted this 20th day of June 2025

                                      s/ *Kathryn Stimson*
                                      KATHRYN J. STIMSON
                                      1652 Downing Street
                                      Denver, CO 80218
                                      Telephone/FAX: (720) 689-8909
                                      Stimson@slhlegal.com
                                      Attorney for Mr. Brown

## CERTIFICATE OF SERVICE

I certify that on June 20, 2025, I electronically filed the foregoing ***Joint Motion for Competency Hearing*** the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Brian Dunn
Assistant United States Attorney
Email: Brian.Dunn@usdoj.gov

                                            s/ *Hannah Martin*
                                            Hannah Martin